# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA MARK TAYLOR,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,<br><br>   Defendant. | Civil Action No. 20-927 (JMC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Defendant's Motion for Summary Judgment, ECF 12, is **GRANTED**, and Plaintiff's Cross-Motion for Summary Judgment, ECF 19, is **DENIED**; it is further

**ORDERED** that judgment is entered in Defendant's favor, and that this case be closed.

This is a final appealable order.

DATE: March 31, 2023

                       _____
                       Jia M. Cobb
                       U.S. District Court Judge